UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| RAFEAL BEAN #253562, | ) |
| Plaintiff, | ) Case No. 2:07-cv-113 |
| v. | ) Honorable Wendell A. Miles |
| GREG MCQUIGGIN, et al., | ) |
| Defendants. | ) |

**ORDER FOR PARTIAL SERVICE**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action against Defendants Greg McQuiggin, Linda Tribley, W. Luetzow, W. Jondreau, Terry Smith, Unknown LeClaire, John Perry, Kevin Lampela, P. Tussing, and James MacMeekin be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that the Clerk shall arrange for service of summons and complaint, along with a copy of this order, upon Defendant Perttu.

IT IS FURTHER ORDERED that Defendants shall reply to the complaint after service, by way of answer, motion to dismiss, or motion for summary judgment, within the time allowed by law. *See* 42 U.S.C. § 1997e(g).

Dated: September 2, 2008                    /s/ Wendell A. Miles
                                            Wendell A. Miles
                                            United States District Judge